Official Form 8
(12/03)

# United States Bankruptcy Court
## Southern District of Ohio

In re  **Erica M. Holmes**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

   *a. Property to Be Surrendered.*

   | | **Description of Property** | **Creditor's name** |
   |---|---|---|
   | 1. | 1993 Volvo S90<br>Location: 7663 Rosewood Drive, Blanchester OH | Citi Auto |

   *b. Property to Be Retained*                         *[Check any applicable statement.]*

   | | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
   |---|---|---|---|---|---|
   | 1. | **Various Consumer Goods** | **Value City** | **X (avoid lien)** | | |

Date **October 12, 2005**           Signature  **/s/ Erica M. Holmes**  
                                              **Erica M. Holmes**  
                                              Debtor